**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Jose Uribe-Trejo,

Petitioner,

v.

John E Cantu, et al.,

Respondents.

No. CV-26-04526-PHX-MTM

**ORDER**

On November 3, 2026, the Court entered an order in Petitioner's favor in this 28 U.S.C. § 2241 action and directed Respondents to provide Petitioner a bond hearing. (Doc. 11.) On November 11, 2026, Petitioner filed a Motion to Enforce Habeas Order, indicating that Respondents have not set a bond hearing. (Doc. 13.)

IT IS THEREFORE ORDERED Respondents must file a response to Petitioner's Motion to Enforce no later than November 16, 2026.

Dated this 13th day of November, 2026.

Michael T. Morrissey

Honorable Michael T. Morrissey
United States Magistrate Judge